**Denied and Opinion Filed October 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-01061-CV
_____

## IN RE K&L AUTO CRUSHERS, LLC AND THOMAS GOTHARD, JR., Relators

---

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07502**

---

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is relators' petition for writ of mandamus in which they contend the trial court abused its discretion by denying their motion to compel production of documents and their motion for partial reconsideration regarding certain requests included in the motion to compel. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a)

(the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

191061f.p05